Before STATE INDUSTRIAL BOARD, Respondent. HELENA MOLL, Respondent, v. ATLANTIC TIDEWATER TERMINAL, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE MATTHEWS, Respondent, v. C. KENYON Co., INC., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there was no evidence, other than the uncorroborated hearsay declarations of the deceased, that he accidentally pinched his right thumb, and upon the further ground that a failure to serve written notice upon the employer was not excused upon the ground that it had knowledge of such an accident or upon any other ground. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. IGETA MURRAY, Respondent, v. BUFFALO STEEL CAR COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. BELLA MAZELOFF, Respondent, v. BROOKLYN HEBREW HOME AND HOSPITAL FOR THE AGED and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. RICHARD MALONE, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK NICHOLS, Respondent, v. FRIEBER & STREIFER and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that a portion of the award has been based on an earning capacity which has been arbitrarily fixed, and there has been no proper deduction made for wages received during the period covered by the award. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ROSE NEWMAN, Respondent, v. AMERICAN FRUIT GROWERS, INC., and Another, Appellants.— Award reversed as to the granddaughter on the ground that no claim has been filed in her behalf and there is no evidence that the deceased employee had a granddaughter, and in other respects award unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE O'BRIEN, Respondent, v. TODD SALT Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

ELIZABETH H. ORTH, Respondent, v. ABBIE C. BELL, as Administratrix, etc., of HORACE S. BELL, Deceased, Defendant, Impleaded with ANNA S. LOW, Appellant.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK ORICO, Respondent, v. FRED T. LEY Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Kriegbaum* v. *Buffalo Wire Works Co.* (182 App. Div. 448; affd., 224 N. Y. 621) and *Metcalf* v. *Firth Carpet Co.* (196 App. Div. 790).

Before STATE INDUSTRIAL BOARD, Respondent. DOMINIC PATAFIO, Respondent, v. GEORGE COLON AND COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.